| | |
|---|---|
| 1  Thomas P. Riley, SBN 66599<br>   LAW OFFICES OF THOMAS P. RILEY, P.C.<br>2  First Library Square<br>   1114 Fremont Avenue **E-FILING**<br>3  South Pasadena, CA 91030-3227<br>4  Tel: 626-799-9797<br>   Fax: 626-799-9795<br>5  TPRLAW@att.net          **ADR**<br>6  Attorney for Plaintiff<br>   J & J Sports Productions, Inc. | **FILED**<br>2008 JAN 17 P 1:30<br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST OF CA. S.J. |

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. **C08 00323 HRL** |
| Plaintiff, | **CERTIFICATION AS TO INTERESTED PARTIES** |
| vs. | |
| ROWENA R. LEE, ROLANDO V. ROBERTO and ROSALINDA R. FELDE, INDIVIDUALLY and d/b/a INANG ROSINGS BBQ; and INANGROSINGS BBQ, INC., an unknown business entity d/b/a INANG ROSINGS BBQ, | |
| Defendants. | |

The undersigned, counsel of record for Plaintiff, J & J Sports Productions, Inc., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

///

///

///

///

///

Page 1

**PARTIES**

*Plaintiff*, J & J Sports Productions, Inc.
c/o Law Offices of Thomas P. Riley, P.C.
Attention: Thomas P. Riley
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Telephone: (626) 799-9797
Facsimile:  (626) 799-9795


*Defendant*, Rowena R. Lee, individually and d/b/a Inang Rosings BBQ

100 Dixon Road
Milpitas, CA 95035

*Defendant*, Rolando V. Roberto, individually and d/b/a Inang Rosings BBQ

100 Dixon Road
Milpitas, CA 95035

*Defendant*, Rosalinda R. Felde, individually and d/b/a Inang Rosings BBQ

100 Dixon Road
Milpitas, CA 95035


*Defendant*, Inangrosings BBQ, Inc., an unknown business entity d/b/a Inang Rosings BBQ

100 Dixon Road
Milpitas, CA 95035




Dated: 1/15/08

**LAW OFFICE OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorney of Record for
J & J Sports Productions, Inc.