| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706 | (626) 799-9797 | |
| THOMAS P. RILEY, LAW OFFICES OF | | |
| 1114 FREMONT AVENUE | tprlaw@att.net | |
| SOUTH PASADENA, CA 91030 | Ref. No. or File No | |
| ATTORNEY FOR (Name): **PLAINTIFF** | INANG ROSINGS BBQ 1/21/06 | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA 95113

PLAINTIFF/PETITIONER:

J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT:

LEE

| **PROOF OF SERVICE** | DATE | TIME | DEPT/DIV. | CASE NUMBER |
|---|---|---|---|---|
| | | | | C0800323HRL |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

  SUMMONS IN A CIVIL CASE, COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO
  INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR
  DEADLINES PACKAGE; U.S.D.C. NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN
  JOSE INFORMATION PACKAGE

3. a. Party served:  INANGROSINGS BBQ, INC., AN UNKNOWN BUSINESS ENTITY D/B/A
    INANG ROSINGS BBQ

   b. Person served:  JUSTIN DARILAY – OWNER & AUTHORIZED AGENT
    Person (other than the party in item 3) served on behalf of an entity or as an
    authorized agent (and not a person under item 5b on whom substituted service
    was made)

4. Address where the party was served:  100 DIXON ROAD
    MILPITAS, CA 95035

5. I served the party
   b. **by substituted service.** On:  April 12, 2008 at: 03:15 pm I left the documents listed in item 2
    with or in the presence of  ERNIE DARILAY – MANAGER
    (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the
    person to be served. I informed him or her of the general nature of the papers.
    (4) A declaration of mailing is attached.
    under the following Code of Civil Procedure section :
                  SERVICE MADE PURSUANT TO FRCP 4(h) (2)

7. **Person who served papers**
   a. M. WEEKER
   b. ABSOLUTE SERVICE OF LOS ANGELES
    1301 WEST SECOND STREET, SUITE 204
    LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $80.00
   e. I am: (3) registered California process server.
      (i) Employee or independent contractor
      (ii) Registration No.: 617
      (iii) County: SANTA CLARA

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 17, 2008

_____
                    M. WEEKER

Judicial Council form POS-010 Rev. 07/01/04          **PROOF OF SERVICE**          09705-4/asgenso

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | | (626) 799-9797<br><br>tprlaw@att.net | |
| | | Ref. No. or File No. | |
| ATTORNEY FOR (Name)   PLAINTIFF | | INANG ROSINGS BBQ 1/21/06 | |

Insert name of court, judicial district or branch court, if any
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA 95113

PLAINTIFF/PETITIONER:
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT
LEE

| PROOF OF SERVICE BY MAIL | DATE | TIME | DEPT/DIV: | CASE NUMBER<br>C0800323HRL |
|---|---|---|---|---|

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1301 West Second Street, Suite 204, Los Angeles, CA 90026.

On **April 14, 2008,** after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

> SUMMONS IN A CIVIL CASE, COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES PACKAGE; U.S.D.C. NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE INFORMATION PACKAGE

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

> JUSTIN DARILAY - OWNER & AUTHORIZED AGENT
> INANGROSINGS BBQ, INC., AN UNKNOWN BUSINESS ENTITY D/B/A INANG ROSINGS BBQ
> 100 DIXON ROAD
> MILPITAS, CA 95035

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**Person who served papers**
  M. MANCHESTER
  ABSOLUTE SERVICE OF LOS ANGELES
  1301 WEST SECOND STREET, SUITE 204
  LOS ANGELES, CA 90026
  (213) 481-7334

**The fee** for service was: $80.00
I am: registered California process server,
  employee
  Registration No.: 5211
  County: LOS ANGELES

**I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 17, 2008

_____
                                M. MANCHESTER

Judicial Council form POS-010          PROOF OF SERVICE BY MAIL          09705-4/asopns