UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

J & J Sports Productions, Inc.,

        Plaintiff(s),

   v.

Rowena R. Lee, et al.

        Defendant(s).

No. C 08-0323 HRL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: April 25, 2008

Signature /s/ Thomas P. Riley

Counsel for Plaintiff for J & J Sports Productions, Inc
(Plaintiff, Defendant, or indicate "pro se")