UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J Sports Productions, Inc., | No. C08-00323 |
| Plaintiff, | |
| v. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| Rowena R Lee, et.al, | |
| Defendants. / | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for May 6, 2008 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: April 25, 2008

RICHARD W. WIEKING,
United States District Court

 */s/ Patty Cromwell*
By: Patty Cromwell
Courtroom Deputy Clerk to
Magistrate Judge Howard R. Lloyd

1
2  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:
3
4  Thomas Peter Riley    tprlaw@att.net
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California