1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
**1114 Fremont Avenue**
**South Pasadena, CA 91030**

**Tel:  626-799-9797**
**Fax:  626-799-9795**
**TPRLA@att.net**

**Attorneys for Plaintiffs**
**J & J Sports Productions, Inc.**

*E-FILED - 5/7/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J Sports Productions, Inc.** | **CASE NO. 5:08-cv-00323 RMW** |
| **Plaintiff,** | **PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER** |
| **vs.** | **()** |
| **Rowena R. Lee, et al.** | |
| **Defendant.** | |

     Plaintiff J & J Sports Productions, Inc., hereby applies *ex parte* for an order continuing the initial Case Management Conference in this action, presently set for Thursday, May 6, 2008 at 1:30 p.m. to a new date approximately forty-five (30) to sixty (45) days forward. This request will be, and is, made pursuant to Civil L.R. 7-11, and is necessitated by the fact that Plaintiff has not perfected service of process as to all of the defendants named to this action.

     In addition, as of this writing, Plaintiff has yet to recieve an answer or any other responsive pleading from *any* one of the four (4) defendents.  As a result, Plaintiff's counsel has not conferred with any of the defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Case Management Conference Statement.

///
///

**Wherefore**, Plaintiff respectfully requests that this Honorable Court continue the Case Management Conference presently scheduled for Thursday, May 6, 2008 to a new date approximately forty-five (30) to sixty (45) days forward in order that responsive pleadings may be filed by each of the defendants and Plaintiff's counsel may thereafter confer with the defendants and/or their counsel and thereafter prepare and file a joint Case Management Conference Statement for the Court's review.

Respectfully submitted,

Dated: April 29, 2008

_/s/ Thomas P. Riley_
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc.

///
///
///
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER**
**CASE NO. 5:08-CV-00323 RMW**
**PAGE 2**

**ORDER (**

It is hereby ordered that the Case Management Conference in civil action number 5:08-cv-00323 RMW styled *J& J Sports Productions, Inc. v. Rowena R. Lee, et al*., is hereby continued from 1:30 pm, Thursday, May 6, 2008, to_____July 25, 2008 @ 10:30 a.m._____.

The Parties shall file a joint Case Management Statement in advance of the Case Management Conference pursuant to the Local Rules and the Standing Order of this Court.

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

*Ronald M. Whyte*                     Dated:_____5/7/08_____

**THE HONORABLE RONALD M. WHYTE**
**United States District Court**
**Northern District of California**
///
///
///
///
///
///
///
///
///
///
///

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING**
**CASE MANAGEMENT CONFERENCE; AND ORDER**
**CASE NO. 5:08-CV-00323 RMW**
**PAGE 3**

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On, April 29, 2008, I served:

**PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING CASE MANAGEMENT CONFERENCE; AND ORDER (Proposed)**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Rowena Roberto Lee (Defendant)
100 Dixon Rd.
Milpitas, CA 95035

Rosalinda Roberto Felde (Defendant)
100 Dixon Rd.
Milpitas, CA 95035

Rolando Villinueva Roberto (Defendant)
100 Dixon Rd.
Milpitas, CA 95035

Inangrosings BBQ, Inc. (Defendant)
d/b/a Inang Rosings BBQ
100 Dixon Rd.
Milpitas, CA 95035

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct, and that this declaration was executed on April 29, 2008, at South Pasadena, California.

Dated:  April 29, 2008

*/s/ Terry Houston*
**TERRY HOUSTON**