| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br>tprlaw@att.net<br>Ref. No. or File No.<br> | |
| ATTORNEY FOR (Name): PLAINTIFF | INANG ROSINGS BBQ 1/21/06 | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA 95113

PLAINTIFF/PETITIONER:
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT:
LEE

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C0800323HRL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the

   SUMMONS IN A CIVIL CASE, COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES PACKAGE; U.S.D.C. NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE INFORMATION PACKAGE

3. a. Party served:   ROLANDO V. ROBERTO, INDIVIDUALLY AND D/B/A INANG ROSINGS BBQ

4. Address where the party was served:   100 DIXON ROAD
   MILPITAS, CA 95035

5. I served the party
   b. **by substituted service.** On: May 13, 2008 at: 11:55 am I left the documents listed in item 2 with or in the presence of AMOR HERNANDEZ – PERSON IN CHARGE
   (1) **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a **declaration of diligence** stating actions taken first to attempt personal service.
   under the following Code of Civil Procedure section:
   SERVICE MADE PURSUANT TO FRCP 4(e) (2)

7. **Person who served papers**
   a. M. WEEKER
   b. ABSOLUTE SERVICE OF LOS ANGELES
      1301 WEST SECOND STREET, SUITE 204
      LOS ANGELES, CA 90026
   c. (213) 481-7334

   d. **The fee** for service was: $45.00
   e. I am: (3) registered California process server,
      (i) independent contractor
      (ii) Registration No.: 617
      (iii) County: **SANTA CLARA**

8. **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 23, 2008

M. WEEKER

Judicial Council form POS-010 Rev. 01/01/07

**PROOF OF SERVICE**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br><br>tprlaw@att.net<br>Ref. No. or File No.<br>INANG ROSINGS BBQ 1/21/06 | |
| ATTORNEY FOR (Name):   PLAINTIFF | | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA  95113

PLAINTIFF
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT
LEE

| DECLARATION<br>RE: DILIGENCE | DATE: | TIME: | DEPT/DIV. | CASE NUMBER<br>C0800323HRL |
|---|---|---|---|---|

I received the within process on May 8, 2008 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts made to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Party Served:  ROLANDO V. ROBERTO, INDIVIDUALLY AND D/B/A INANG ROSINGS BBQ

Residence:  Residence address was not known at the time of service.

Business:  100 DIXON ROAD, MILPITAS, CA 95035

As enumerated below:

May 10, 2008   02:10 pm
   NOT IN (BUSINESS).
May 12, 2008   12:45 pm
   NOT IN (BUSINESS).
May 13, 2008   11:54 am
   NOT IN (BUSINESS) PER AMOR HERNANDEZ, PERSON IN CHARGE.
May 13, 2008   11:55 am
   SUBSTITUTED SERVICE. RECIPIENT INSTRUCTED TO DELIVER DOCUMENTS TO DEFENDANT AS NAMED.

Person who served papers
M. WEEKER
ABSOLUTE SERVICE OF LOS ANGELES
1301 WEST SECOND STREET, SUITE 204
LOS ANGELES, CA 90026
(213) 481-7334

The fee for service was: $45.00
I am: registered California process server.
   independent contractor
   Registration No.: 617
   County: SANTA CLARA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 23, 2008                                        _____
                                                          M. WEEKER

Judicial Council form POS-010          DECLARATION REGARDING DILIGENCE                10 15-2/ssdd

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| THOMAS P. RILEY, ESQ., Bar No.: 194706<br>THOMAS P. RILEY, LAW OFFICES OF<br>1114 FREMONT AVENUE<br>SOUTH PASADENA, CA 91030 | (626) 799-9797<br><br>tprlaw@att.net<br>Ref. No. or File No.<br>INANG ROSINGS BBQ 1/21/06 | |
| ATTORNEY FOR (Name): PLAINTIFF | | |

Insert name of court, judicial district or branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
280 SOUTH FIRST STREET
SAN JOSE, CA 95113

PLAINTIFF/PETITIONER:
J & J SPORTS PRODUCTIONS, INC.

DEFENDANT/RESPONDENT:
LEE

**PROOF OF SERVICE BY MAIL**

| DATE: | TIME: | DEPT/DIV: | CASE NUMBER: |
|---|---|---|---|
| | | | C0800323HRL |

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1301 West Second Street, Suite 204, Los Angeles, CA 90026.

On **May 14, 2008**, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

SUMMONS IN A CIVIL CASE, COMPLAINT; CIVIL COVER SHEET; CERTIFICATION AS TO INTERESTED PARTIES; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES PACKAGE; U.S.D.C. NORTHERN DISTRICT OF CALIFORNIA, CLERK'S OFFICE, SAN JOSE INFORMATION PACKAGE

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at LOS ANGELES, California, addressed as follows:

ROLANDO V. ROBERTO, INDIVIDUALLY AND D/B/A INANG ROSINGS BBQ
100 DIXON ROAD
MILPITAS, CA 95035

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at LOS ANGELES, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

| Person who served papers<br>M. MANCHESTER<br>ABSOLUTE SERVICE OF LOS ANGELES<br>1301 WEST SECOND STREET, SUITE 204<br>LOS ANGELES, CA 90026<br>(213) 481-7334 | The fee for service was: $45.00<br>I am: registered California process server.<br>    employee<br>    Registration No.: 5211<br>    County: LOS ANGELES |
|---|---|

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 23, 2008

_____
M. MANCHESTER

Judicial Council form POS-010                                    PROOF OF SERVICE BY MAIL                                      10115-2/asopmail

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

E-FILING

J & J Sports Productions, Inc.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

ADR

Rowena R. Lee, Rolando V. Roberto and Rosalinda R. Felde, individually and d/b/a Inang Rosings BBQ; and Inangrosings BBQ, Inc., an unknown business entity d/b/a Inang Rosings BBQ

C08 00323 HRL

TO:

Rolando V. Roberto
100 Dixon Road
Milpitas, CA 95035

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Thomas P. Riley, SBN 194706
Law Offices of Thomas P. Riley, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel: (626) 799-9797
Fax: (626) 799-9795

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING
CLERK

DATE JAN 1 7 2008

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

- ☐ Served Personally upon the Defendant. Place where served: ................................................................
  ........................................................................................................................................................

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and ......
  discretion then residing therein.
  Name of person with whom the summons and complaint were left

- ☐ Returned unexecuted:

- ☐ Other *(specify):*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
              Date                              Signature of Server

                                             _____
                                             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.