AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PLAINTIFF**<br>J & J SPORTS PRODUCTIONS, INC. | **THIRD PARTY SUMMONS IN A CIVIL ACTION** |
| **V. DEFENDANT AND THIRD PARTY PLAINTIFF**<br>ROWENA R. LEE, ROLANDO V. ROBERTO and ROSALINDA R. FELDE | **CASE NUMBER:** C 08-00323 RMW |

**V. THIRD PARTY DEFENDANT**
INANG ROSING'S BBQ, INC., RODOLFO V. ROBERTO, DOES ONE through FIFTY

TO: (Name and address of defendant)
INANG ROSING'S BBQ, INC. c/o
RODOLFO V. ROBERTO, agent for service of process, 100 Dixon Rd. Milpitas CA 95035

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

| PLAINTIFF'S ATTORNEY, (name and address) | DEFENDANTS AND THIRD-PARTY PLAINTIFF'S ATTRONEY (name and address) |
|---|---|
| Thomas P. Riley<br>LAW OFFICES OF THOMAS P. RILEY<br>First Library Square<br>1114 Fremont Avenue<br>South Pasadena CA 91030-3227<br>(626) 799-9797 | May Antoinette G. Teodoro<br>M.G. TEODORO LAW<br>1625 The Alameda, Ste. 800<br>San Jose CA 95126<br>(408) 491-9756 |

an answer to the third-party complaint which is herewith served upon you, within ___20___ days after service of this summons you exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plai as well as to the claim of the third-party plaintiff.

RICHARD W. WIEKING

DIANE MIYASHIRO                                           JUN 11 2008

CLERK                                                      DATE

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action (reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
        Date

_____
Signature of Server

_____
Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.