United States District Court
Northern District of California

1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| J & J Sports Productions, Inc., | 08-00323 RMW |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Lee, | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

---

**Notice Re: Noncompliance With Court Order**

1   450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment

2   to an e-mail directed to adr@cand.uscourts.gov.

3

4          It is the responsibility of counsel to schedule an ADR Phone Conference, if

5   required, to occur <u>before</u> the Case Management Conference.

6

7

8   Dated: July 11, 2008

9                                              RICHARD W. WIEKING
                                               Clerk
10                                             by:    Lisa Salvetti

11

12                                             ADR Administrative Assistant
                                               415-522-2032
13                                             lisa_salvetti@cand.uscourts.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
**Northern District of California**

---

**Notice Re: Noncompliance With Court Order**
08-00323 RMW                          -2-

**PROOF OF SERVICE**

Case Name:      J & J Sports Productions, Inc. v. Lee

Case Number:    08-00323 RMW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

      ADR Program
      United States District Court
      Norther District of California
      450 Golden Gate Avenue Floor 16
      San Francisco, CA 94102

On July 11, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

      Thomas P. Riley
      Law Offices of Thomas P. Riley, P.C.
      First Library Square
      1114 Fremont Avenue
      South Pasadena, CA 91030-3227

      Thomas Peter Riley
      Law Offices of Thomas P. Riley. P.C.
      1114  Fremont Avenue
      South Pasadena, CA 91030
      tprlaw@att.net

      May Antoinette G. Teodoro
      M.G. Teodoro Law
      1625 The Alameda
      Suite 800
      San Jose, CA 95126
      mgteodoro@aol.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 11, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Lisa Salvetti

ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov