UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: July 25, 2008

Case No. C-08-00323-RMW    JUDGE: Ronald M. Whyte

J & J SPORTS PRODUCTIONS, INC.    -V- ROWENA R. LEE, et al.
Title

T. Riley                                                M. Teodoro
Attorneys Present (Plaintiff)              Attorneys Present (Defendant)

COURT CLERK: Jackie Garcia        COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

**ORDER AFTER HEARING**

Hearing Held. There is a default pending against the corporation. Defendants need to bring in a third party defendant into the case. The Court set a Further Case Management Conference for 9/26/08 @ 10:30 AM. Defense counsel must notify the third party defendant of the continued hearing date.