**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking　　　　　　　　　　　　　　　　　　　　　　　General Court Number
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　408.535.5364

July 25, 2008


RE:  CV 08-00323 RMW      J&J PRODUCTIONS,INC.-v- ROWENA R. LEE, ET AL.


Default is declined as to Inangrosings BBQ, Inc., individually an unknown business entity dba Inang Rosings BBQ on July 24, 2008.


　　　　　　　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk


　　　　　　　　　　　　　　　　　　　　by: /s/ Diane Miyashiro
　　　　　　　　　　　　　　　　　　　　Case Systems Administrator

**DEFAULT DECLINED**
7/24/2008
RICHARD W. WIEKING, CLERK
BY _____
DEPUTY CLERK

1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Ave.
3  South Pasadena, CA 91030

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.

7
                    UNITED STATES DISTRICT COURT
8                  NORTHERN DISTRICT OF CALIFORNIA

9

10 | J &J Sports Productions, Inc.,       | Case No. 5:08-cv-00323-RMW
11 |                                      |
12 |           Plaintiff,                 | REQUEST TO ENTER DEFAULT
13 |                                      |
   |      vs.                             |
14 |                                      |
15 | Rowena Lee, et al.,                  |
16 |                                      |
   |           Defendant.                 |
17

18      TO:   THE CLERK OF THE ABOVE-ENTITLED COURT:

19
        Plaintiff, Garden City Boxing Club, Inc., hereby requests that the Clerk of the
20
   above-entitled Court enter default in this matter against Defendant **INANGROSINGS**
21
   **BBQ, INC., individually an unknown business entity d/b/a Inang Rosings BBQ**,
22
   on the grounds that said Defendant has failed to appear or otherwise respond to the
23
   Summons and Complaint within the time prescribed by the Federal Rules of Civil
24
25 Procedure.

26 ///

27 ///

28

Page 1

1  Said Defendant was duly served with the Summons and Complaint, evidenced by
2  the Proof of Service on file with this Court.
3
4
5  Dated: July 14, 2008        /s/ Thomas P. Riley
6                              **LAW OFFICES OF THOMAS P. RILEY, P.C.**
7                              By: Thomas P. Riley
                                Attorneys for Plaintiff
8                               J & J Sports Productions, Inc.
9
10 ///
11 ///
12
13 ///
14 ///
15
16 ///
17 ///
18
19 ///
20 ///
21
22 ///
23 ///
24
25 ///
26 ///
27 ///
28

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 14, 2008, I served:

**REQUEST TO ENTER DEFAULT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Inangrosings BBQ, Inc (Defendant)
100 Dixon Road
Milpitas, CA 95035

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 14, 2008, at South Pasadena, California.

Dated: July 14, 2008                    /s/ Emily Stewart
                                        **EMILY STEWART**