| Attorney or Party without Attorney:<br>May Anne G. Teodoro<br>1625 The Alameda<br>Ste. 800<br>San Jose, CA 95126<br>Telephone No: 408 491-9756     FAX No: 408 491-9760 | | | | For Court Use Only<br><br>FILED<br><br>2008 JUL 25 A 11: 05<br><br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. District Court, Northern District of California | | | | |
| Plaintiff: J & J Sports Productions, Inc. | | | | |
| Defendant: Rowena R. Lee, et al | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08-00323RMW |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Third Party Summons in a Civil Case; Answer; Verification

3. a. Party served:            Rodolfo V. Roberto
   b. Person served:         Rodolfo Roberto

4. Address where the party was served:     100 Dixon Road
                                            Milpitas, CA 95035

5. I served the party:
   b. **by substituted service.** On: Fri., Jul. 11, 2008 at: 10:45AM I left the documents listed in item 2 with or in the presence of:
   Ernie Darilay, manager, Filipino, Male, 30 Years Old, Black Hair, Brown Eyes, 5 Feet 7 Inches, 160 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*
   a. Mike Weeker
   b. **Bender's Legal Service**
      LRS Investigations, PI 16723
      1625 The Alameda, Ste. 511
      San Jose, CA 95126
   c. 408 286-4182, FAX 408 298-4484

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*   $73.00
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   617
      (iii) County:             Santa Clara
      (iv)  Expiration Date:    Mon, Jun. 08, 2009

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Tue, Jul. 15, 2008

   Judicial Council Form                                  PROOF OF SERVICE                           (Mike Weeker)           teodoro.165138
   Rule 2.150.(a)&(b) Rev January 1, 2007