| Attorney or Party without Attorney: <br> May Anne G. Teodoro <br> 1625 The Alameda <br> Ste. 800 <br> San Jose, CA 95126 <br> Telephone No: 408 491-9756    FAX No: 408 491-9760 | For Court Use Only <br><br> **FILED** <br><br> 2008 JUL 25 A 11: 05 <br><br> RICHARD W. WIEKING <br> CLERK <br> U.S. DISTRICT COURT <br> NO. DIST. OF CA. S.J. |
|---|---|
| Attorney for: Plaintiff | Ref. No or File No.: |
| Insert name of Court, and Judicial District and Branch Court: <br> U.S. District Court, Northern District of California | |
| Plaintiff: J & J Sports Productions, Inc. | |
| Defendant: Rowena R. Lee, et al | |

| **PROOF OF SERVICE** <br> **By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C08-00323RMW |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Third Party Summons in a Civil Case; Answer; Verification

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:        Tue., Jul. 15, 2008
   b. Place of Mailing:       San Jose, CA 95126
   c. Addressed as follows:   Rodolfo V. Roberto
                              100 Dixon Road
                              Milpitas, CA 95035

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Jul. 15, 2008 in the ordinary course of business.

5. Person Serving:                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Kenneth T. Smith                  d. *The Fee for Service was:*   $73.00
   b. Bender's Legal Service             e. I am: (3) registered California process server
      LRS Investigations, PI 16723             (i)   Owner
      1625 The Alameda, Ste. 511               (ii)  Registration No.:   542
      San Jose, CA 95126                       (iii) County:             Santa Clara
   c. 408 286-4182, FAX 408 298-4484           (iv)  Expiration Date:    Fri, Oct. 02, 2009

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Tue, Jul. 15, 2008                                                       (Kenneth T. Smith)

Judicial Council Form                        PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007          By Mail                                  teodoro.165138