| *Attorney or Party without Attorney:*<br>May Anne G. Teodoro<br>1625 The Alameda<br>Ste. 800<br>San Jose, CA 95126 | | *For Court Use Only* |
|---|---|---|
| *Telephone No:* 408 491-9756   *FAX No:* 408 491-9760 | | **FILED** |
| | *Ref. No. or File No.:* | |
| *Attorney for:* Plaintiff | | 2008 JUL 25  A 11: 05 |
| *Insert name of Court, and Judicial District and Branch Court:*<br>U.S. District Court, Northern District of California | | RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT |
| *Plaintiff:* J & J Sports Productions, Inc. | | NO. DIST. OF CA. S.J. |
| *Defendant:* Rowena R. Lee, et al | | |
| **PROOF OF SERVICE** | *Hearing Date:*   *Time:*   *Dept/Div:* | *Case Number:*<br>C08-00323RMW |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Third Party Summons in a Civil Case; Answer; Verification

3. a. *Party served:*  Inang Rosing's BBQ, Inc., by serving Rodolfo V. Roberto, Agent for Serivce
   b. *Person served:*  Rodolfo V. Roberto, Agent for Service

4. *Address where the party was served:*  100 Dixon Road
   Milpitas, CA 95035

5. *I served the party:*
   b. **by substituted service.** On: Mon., Jul. 07, 2008 at: 6:40PM I left the documents listed in item 2 with or in the presence of:
   Ernie Darilay, manager, Filipino, Male, 30 Years Old, Black Hair, Brown Eyes, 5 Feet 7 Inches, 160 Pounds
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*
   a. Mike Weeker
   b. **Bender's Legal Service**
   LRS Investigations, PI 16723
   1625 The Alameda, Ste. 511
   San Jose, CA 95126
   c. 408 286-4182, FAX 408 298-4484

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*  $48.00
   e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) *Registration No.:*  617
   (iii) *County:*  Santa Clara
   (iv) *Expiration Date:*  Mon, Jun. 08, 2009

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Sun, Jul. 13, 2008

   (Mike Weeker)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE**

teodoro.165139