| Attorney or Party without Attorney: May Anne G. Teodoro<br>1625 The Alameda<br>Ste. 800<br>San Jose, CA 95126<br>Telephone No: 408 491-9756   FAX No: 408 491-9760 | | | | For Court Use Only<br>FILED<br>2008 JUL 25 A 11: 05<br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |
|---|---|---|---|---|
| | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. District Court, Northern District of California | | | | |
| Plaintiff: J & J Sports Productions, Inc. | | | | |
| Defendant: Rowena R. Lee, et al | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C08-00323RMW |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Third Party Summons in a Civil Case; Answer; Verification

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Thu., Jul. 10, 2008
   b. Place of Mailing:         San Jose, CA 95126
   c. Addressed as follows:     Inang Rosing's BBQ, Inc., by serving Rodolfo V. Roberto, Agent for Serivce
                                100 Dixon Road
                                Milpitas, CA 95035

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Thu., Jul. 10, 2008 in the ordinary course of business.

5. Person Serving:
   a. Steve Y. Gebrezgier
   b. Bender's Legal Service
      LRS Investigations, PI 16723
      1625 The Alameda, Ste. 511
      San Jose, CA 95126
   c. 408 286-4182, FAX 408 298-4484

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $48.00
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:    1172
      (iii) County:               Santa Clara
      (iv)  Expiration Date:      Fri, Jan. 08, 2010

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Sun, Jul. 13, 2008

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
By Mail

(Steve Y. Gebrezgier)

teodoro.165139