| Attorney or Party without Attorney: <br> May Anne G. Teodoro <br> 1625 The Alameda <br> Ste. 800 <br> San Jose, CA 95126 | | | | For Court Use Only <br><br> **FILED** <br><br> 2008 JUL 25 A 11: 05 <br><br> RICHARD W. WIEKING <br> CLERK <br> U.S. DISTRICT COURT <br> NO. DIST. OF CA. S.J. |
|---|---|---|---|---|
| Telephone No: 408 491-9756   FAX: No: 408 491-9760 | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: <br> U.S. District Court, Northern District of California | | | | |
| Plaintiff: J & J Sports Productions, Inc. | | | | |
| Defendant: Rowena R. Lee, et al | | | | |
| **DECLARATION OF DUE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C08-00323RMW |

1. I, Mike Weeker, and any employee or independent contractors retained by Bender's Legal Service are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant Rodolfo V. Roberto as follows:

2. Documents:   Third Party Summons in a Civil Case; Answer; Verification.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 07/07/08 | 6:40pm | Business | The subject was not in. Attempt made by: Mike Weeker. Attempt at: 100 Dixon Road Milpitas CA. 95035. |
| Tue | 07/08/08 | 11:45am | Business | The subject was not in. Attempt made by: Mike Weeker. Attempt at: 100 Dixon Road Milpitas CA. 95035. |
| Fri | 07/11/08 | 10:44am | Business | The subject was not in. Attempt made by: Mike Weeker. Attempt at: 100 Dixon Road Milpitas CA. 95035. |
| Fri | 07/11/08 | 10:45am | Business | Substituted Service on: Rodolfo V. Roberto Business - 100 Dixon Road Milpitas, CA. 95035 by Serving: Rodolfo Roberto a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served by leaving a copy of the document(s) with: Ernie Darilay, manager, Filipino, Male, 30 Years Old, Black Hair, Brown Eyes, 5 Feet 7 Inches, 160 Pounds. Served by: Mike Weeker |
| Tue | 07/15/08 | | | Mailed copy of Documents to: Rodolfo V. Roberto |

3. Person Executing
   a. Mike Weeker
   b. Bender's Legal Service
      LRS Investigations, PI 16723
      1625 The Alameda, Ste. 511
      San Jose, CA 95126
   c. 408 286-4182, FAX 408 298-4484

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. *The Fee for service was:* $73.00
   e. *I am:* (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:   617
      (iii) County:   Santa Clara
      (iv) Expiration Date:   Mon, Jun. 08, 2009

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.