

**DEFAULT DECLINED**

RICHARD W. WIEKING, CLERK

BY _____

DEPUTY CLERK

LEY, P.C.

⁊ES **DISTRICT COURT**
⁊TRICT OF **CALIFORNIA**

Case No. 5:08-cv-00323-RMW

**REQUEST TO ENTER DEFAULT**

ᴀBOVE-ENTITLED COURT:

lub, Inc., hereby requests that the Clerk of the

is matter against Defendant **INANGROSINGS**

**n business entity d/b/a Inang Rosings BBQ,**

ᴀs failed to appear or otherwise respond to the

time prescribed by the Federal Rules of Civil

ROLANDO V. ROBERTO
INANGROSING'S BBQ, INC.
100 DIXON ROAD
MILPITAS, CA 95035

CERTIFIED MAIL

7007 0220 0004 4395 5435

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113

**Filed**

JUL 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE