DEFAULT DECLINED

RICHARD W. WIEKING, CLERK

BY _____
DEPUTY CLERK

ILEY, P.C.



OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET
SAN JOSE, CALIFORNIA 95113

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

**Filed**

JUL 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

7007 0220 0004 4395 5411

ROWENA LEE
INANGROSING'S BBQ, INC.
100 DIXON ROAD
MILPITAS, CA 95035



TES DISTRICT COURT
STRICT OF CALIFORNIA

Case No. 5:08-cv-00323-RMW

REQUEST TO ENTER DEFAULT

BOVE-ENTITLED COURT:

lub, Inc., hereby requests that the Clerk of the is matter against Defendant INANGROSINGS n business entity d/b/a Inang Rosings BBQ, s failed to appear or otherwise respond to the time prescribed by the Federal Rules of Civil