**DEFAULT DECLINED**
7/24/2008
RICHARD W. WIEKING, CLERK
BY _____
DEPUTY CLERK

1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Ave.
3  South Pasadena, CA 91030

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.

7
                UNITED STATES DISTRICT COURT
8               NORTHERN DISTRICT OF CALIFORNIA
9

10 J &J Sports Productions, Inc.,         Case No. 5:08-cv-00323-RMW
11
              Plaintiff,                  REQUEST TO ENTER DEFAULT
12



OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095
OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

CERTIFIED MAIL
7007 0220 0004 4395 5428

RETURN TO SENDER
REASON CHECKED
☐ Unclaimed   ☐ Refused
☐ Attempted-Not known  ☒
☐ Insufficient Address
☐ No such street
☐ No such office in state
☐ Do not remail in this envelope

FILED
2008 JUL 30 P 1:14
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ROSALINDA R. FELDE
INANGROSING'S BBQ, INC.
100 DIXON ROAD
MILPITAS, CA 95035

moved

28

Page 1