Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

*E-FILED - 9/25/08*

Attorneys for Plaintiff
J&J SPORTS PRODUCTIONS, INC.

## UNITED STATES DISTRICT COURT
### FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC. | CASE NO. 5:08-cv-00323-RMW |
| PLAINTIFF, | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; AND ORDER [XXXXXXXXXXXXX] |
| VS. | |
| ROWENA R. LEE, ET AL. | |
| DEFENDANTS. | |

### TO THIS HONORABLE COURT:

By and through their counsel, Plaintiff J&J Sports Productions, Inc., and

Defendants Rowena R. Lee, Rolando V. Roberto, and Rosalinda R. Felde, hereby

agree, stipulate, and respectfully request that this Honorable Court continue the Case

Management Conference, in this action (previously set for Friday September 26,

2008, at 10:30 a.m.) to a new date of Friday, November 21, 2008, at 10:30 a.m.

///

///

///

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE,
AND ORDER [XXXXXXXXXXXX]
CASE NO. 08-cv-00323 RMW
PAGE 1

1

This request is necessitated by the fact that original Defendant Inang Rosing's

2

Inc. is presently in default and Plaintiff has filed its Application for Default Judgment

3

noticing a hearing date of October 31, 2008. In addition, Cross Defendant/ Third

4

Party Defendant Rolando V. Roberto is also in default, and the original Defendants

5

6

who sued them will soon be moving the Court for an entry of judgment and an award

7

of damages against them by way of their own Application.

8

As such, The Plaintiff and original Defendants parties respectively submit that

9

it would be best to defer the Case Management Conference in this action, presently

10

set for this Friday, September 26, 2008, to a new date approximately sixty (60) days

11

forward, in order that there may be final disposition of the Plaintiff's claims against

12

Defendant Inang Rosing's BBQ Inc.  as well as disposition of the original Defendant

13

parties claim's against Cross Defendant/ Third Party Defendant Rolando V. Roberto.

14

///

15

///

16

///

17

///

18

///

19

///

20

///

21

///

22

///

23

///

24

///

25

///

26

///

27

///

28

///

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE,
AND ORDER XXXXXXXXXXX
CASE NO. 08-cv-00323 RMW
PAGE 2

**WHEREFORE**, IT IS HEREBY STIPULATED BY AND RESPECTFULLY REQUESTED BY THE PARTIES that the Court reschedule the Case Management Conference to a new date of Friday, November 21, 2008, at 10:30 a.m.

Respectfully submitted,

Dated: September 24, 2008

**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
J&J Sports Productions, Inc.

Dated: _____        _____ please see attached _____
**M.G TEODORO LAW**
By: May Antoinette G. Teodoro
Attorneys for Defendants and Third Party Plaintiffs
Rowena R. Lee,
Rolando V. Roberto,
Rosalinda R. Felde

///

///

///

///

///

///

///

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE,
AND ORDER XXXXXXXXXXXX
CASE NO. 08-cv-00323 RMW
PAGE 3

1  **WHEREFORE,** IT IS HEREBY STIPULATED BY AND RESPECTFULLY

2  REQUESTED BY THE PARTIES that the Court reschedule the Case Management

3  Conference to a new date of Friday, November 21, 2008, at 10:30 a.m.

4

5                          Respectfully submitted,

6

7

8

Dated: September 24, 2008

9                          LAW OFFICES OF THOMAS P. RILEY, P.C.

10                         By: Thomas P. Riley

11                         Attorneys for Plaintiff

12                         J&J Sports Productions, Inc.

13

14

15

16  Dated: Sept 24, 2008

17                         **M.G TEODORO LAW**

18                         By: May Antoinette G. Teodoro

                           Attorneys for Defendants and Third Party Plaintiffs

19                         Rowena R. Lee,

20                         Rolando V. Roberto,

                           Rosalinda R. Felde

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE,
AND ORDER  XXXXXXXXX
CASE NO. 08-cv-00323 RMW
PAGE 3

## ORDER (xxxxxxxxxxxx

**IT IS HEREBY** ordered that the Case Management Conference in the above-entitled action is hereby continued from 10:30 am Friday, September 26, 2008, to 10:30 am Friday, November 21, 2008.

Plaintiff shall serve a copy of this Order on all defendants (original and third party) and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

*Ronald M. Whyte*
_____
**Honorable Ronald M. Whyte**
**United States District Court**
**Northern District of California**

Dated: 9/25/08
_____

///

///

///

///

///

///

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE,
AND ORDER xxxxxxxxxx
CASE NO. 08-cv-00323 RMW
PAGE 4

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030-3227. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On September 24, 2008, I served:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ORDER [Proposed]**

On all parties in said cause by transmitting a true copy thereof by Facsimile and by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Ms. May Antoinette G. Teodoro, Esquire
Attorneys for Defendants and Third Party Plaintiffs
**M. G. TEODORO LAW**
1625 The Alameda Suite 800
San Jose, CA 95126

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on September 24, 2008, at South Pasadena, California.

Dated: September 24, 2008

SARAH CHESSHIR

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE,
AND ORDER XXXXXXXXXX
CASE NO. 08-cv-00323 RMW
PAGE 5