E-Filed on: 10/17/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>ROWENA R. LEE, *et al.*,<br><br>        Defendants. | No. C-08-00323 RMW<br><br>ORDER REQUESTING FURTHER BRIEFING<br><br>**[Re Docket No. 37]** |

     Plaintiff J & J Sports Productions, Inc. moved for default judgment against defendant Inangrosings BBQ, Inc., an unknown business entity doing business as Inang Rosings BBQ, on September 29, 2008. That same day, this court granted J & J's motion for default judgment in *J & Sports Productions, Inc. v. Manzano*, C-08-01872-RMW. The moving papers in support of this motion for default judgment are substantially similar to the papers filed in *Manzano*.

     The court grants J & J leave to file additional briefing responding to the court's order in *Manzano*. Any such briefing must be received by October 24, 2008.

DATED: 10/17/2008

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER REQUESTING FURTHER BRIEFING
C-08-00323 RMW
TSF

**Notice of this document has been sent to:**

**Counsel for Plaintiff:**

Thomas P. Riley       tprlaw@att.net

**Counsel for Defendants Rowena R. Lee, Rolando V. Roberto, & Rosalina R. Felde**:

May Antoinette G. Teodoro   mgteodoro@aol.com

**Defendants Inang Rosing'S BBQ, Inc. & Rodolfo V. Roberto:**

(no appearance)

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 10/17/2008                                    TSF
                                                **Chambers of Judge Whyte**