**E-Filed on:** 10/21/2008

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ROWENA R. LEE, *et al.*, <br><br> Defendants. | No. C-08-00323 RMW <br><br> ORDER VACATING HEARING DATE <br><br> **[Re Docket No. 37]** |

    J & J's motion for default judgment presently set for hearing on October 31, 2008 is hereby submitted on the papers without oral argument. *See* Civil L.R. 7-1(b). The hearing date of October 31, 2008 is vacated. If, upon consideration of the matter, the court deems that oral argument is necessary or would be helpful to the court, the matter will be reset for hearing no earlier than December 5, 2008.

DATED:     10/21/2008

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER VACATING HEARING DATE
C-08-00323 RMW
TSF

**United States District Court**
For the Northern District of California

1 **Notice of this document has been sent to:**

2 **Counsel for Plaintiff:**

3 Thomas P. Riley             tprlaw@att.net

4 **Counsel for Defendants Rowena R. Lee, Rolando V. Roberto, & Rosalina R. Felde**:

5 May Antoinette G. Teodoro    mgteodoro@aol.com

6 **Defendants Inang Rosing'S BBQ, Inc. & Rodolfo V. Roberto:**

7 (no appearance)

8
9 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

10

11 **Dated:**     **10/21/2008**                                    TSF
                                                        **Chambers of Judge Whyte**

ORDER VACATING HEARING DATE
C-08-00323 RMW
TSF                                     2