1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795               *E-FILED - 8/11/09*
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.
7

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

10  J & J Sports Productions, Inc.,       CASE NO. CV 08-0323 RMW
11
                     Plaintiff,           STIPULATION OF DISMISSAL OF
12                                        PLAINTIFF'S COMPLAINT
13         vs.                            AGAINST DEFENDANTS ROWENA
                                          R. LEE, ROLANDO V. ROBERTO
14  Rowena R. Lee, et al.,                and ROSALINDA R. FELDE,
15                                        individually and d/b/a INANG
                     Defendant.           ROSINGS BBQ  **AND ORDER**
16
17
18         **IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS
19  PRODUCTIONS, INC. and Defendants ROWENA R. LEE, ROLANDO V.
20  ROBERTO and ROSALINDA R. FELDE, individually and d/b/a INANG ROSINGS
21  BBQ, that the above-entitled action is hereby dismissed **without prejudice** against
22  ROWENA R. LEE, ROLANDO V. ROBERTO and ROSALINDA R. FELDE,
23  individually and d/b/a INANG ROSINGS BBQ and the subject to the Court's
24  jurisdiction to enforce the settlement agreement reached between the Parties.
25  ///
26  ///
27  ///
28

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by January 1, 2010, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: July 23, 2009

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: July 30, 2009

M.G. TEODORO LAW
By: May Antoinette G. Teodoro
Attorneys for Defendants
ROWENA R. LEE, ROLANDO V. ROBERTO and ROSALINDA R. FELDE, individually and d/b/a INANG ROSINGS BBQ

IT IS SO ORDERED:

The Honorable Ronald M. Whyte
United States District Court
Northern District of California

Dated: 8/11/09

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 23, 2009, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ROWENA R. LEE, ROLANDO V. ROBERTO and ROSALINDA R. FELDE, individually and d/b/a INANG ROSINGS BBQ**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Ms. May Antoinette G. Teodoro          Attorneys for Defendants
M.G. TEODORO LAW
1625 The Alameda, Suite 800
San Jose, CA 95126

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 23, 2009, at South Pasadena, California.

Dated: July 23, 2009

_____
INESA MAMIDJANYAN